Nicholas J. Bontrager. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (888) 755-0945
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
HEIDI WILLIAMS

## UNITED STATES DISTRICT COURT,
### EASTERN DISTRICT OF CALIFORNIA,
### FRESNO DIVISION

HEIDI WILLIAMS,                         )    **Case No.:**
                                        )
            Plaintiff,                  )    **COMPLAINT AND DEMAND FOR**
                                        )    **JURY TRIAL**
      v.                                )
                                        )    **(Unlawful Debt Collection Practices)**
RELIANT RECOVERY SERVICES INC.,         )
                                        )
            Defendant.                  )
_____)

## <u>VERIFIED COMPLAINT</u>

HEIDI WILLIAMS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against RELIANT RECOVERY SERVICES INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

- 1 -

**JURISDICTION AND VENUE**

4.  Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5.  Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6.  Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

7.  Plaintiff is a natural person residing in Madera, Madera County, California.

8.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is a national company with business offices in Glendora, Los Angeles County, California.

**FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant typically contacts Plaintiff three to four times per day.

13. Defendant's representative, Richard Bonte (or similar spelling), contacts Plaintiff's cell phone and requests return calls to Defendant's telephone number 800-793-6555 ext. 235.

14. Defendant threatened to increase the alleged $1,400 debt to 5 to 6 thousand dollars if it was not paid.

PLAINTIFF'S COMPLAINT

15. Defendant leaves threatening telephone message to Plaintiff (See Exhibit A)

16. Defendant claimed that it was from the "Attorney's division." (See Exhibit A)

17. Defendant stated that they sent a Process Server to Plaintiff's residence (See Exhibit A)

18. Defendant threatened that they would be waiting for Plaintiff at her residence if payment was not made.  (See Exhibit A)

19. Defendant fails to inform Plaintiff in subsequent communications that it is a debt collector.  (See Exhibit A)

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on the following:

   a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

   b.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   c.  Defendant violated *§1692e* of the FDCPA by making false, deceptive and misleading representations in connection with the collection of a debt.

   d.  Defendant violated *§1692e(5)* of the FDCPA by telling Plaintiff that the alleged $1,400 debt would be increased to 5 to 6 thousand dollars if payment was not received, when in fact the action cannot be legally taken or was never intended to be taken.

   e.  Defendant violated *§1692e(5)* of the FDCPA by telling Plaintiff that they would be waiting at her residence when in fact the action cannot legally be taken or was never intended to be taken.

   f.  Defendant violated *§1692e(10)* of the FDCPA by engaging in false and deceptive practices by threatening to increase the alleged debt to 5 to 6 thousand dollars

PLAINTIFF'S COMPLAINT

unless paid.

g.   Defendant violated *§1692e(10)* of the FDCPA by engaging in false and deceptive practices by claiming that a Process Server was sent to Plaintiff's residence when in fact, to the best of Plaintiff's knowledge, no such action was taken or intended to be taken.

h.   Defendant violated *§1692e(10)* of the FDCPA by engaging in false and deceptive practices by threatening to wait at for Plaintiff at her residence unless the alleged debt was paid.

i.   Defendant violated *§1692e(10)* of the FDCPA by engaging in false and deceptive practices by claiming they were from the "Attorney's Division", when in fact, to the best of Plaintiff's knowledge, no such division or attorneys exist.

j.   Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the call was from a debt collector.

WHEREFORE, Plaintiff, HEIDI WILLIAMS, respectfully requests judgment be entered against Defendant, RELIANT RECOVERY SERVICES INC., for the following:

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

24. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

25. Defendant violated the RFDCPA based on the following:

a.   Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone

- 4 -

to ring repeatedly and continuously so as to annoy Plaintiff.

b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

c. Defendant violated *§1788.13(e)* of the RFDCPA by falsely representing that the alleged debt may be increased to 5 to 6 thousand dollars when in fact that amount may not be legally added to the alleged obligation.

d. Defendant violated *§1788.13(j)* of the RFDCPA by falsely implying that a legal proceeding had been instituted when Defendant told Plaintiff that a Process Server was sent to her house.

e. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, HEIDI WILLIAMS, respectfully requests judgment be entered against Defendant, RELIANT RECOVERY SERVICES INC., for the following:

26. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

27. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

28. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, HEIDI WILLIAMS, demands a jury trial in this cause of action.

///

///

- 5 -

1

RESPECTFULLY SUBMITTED,

2    DATED:  July 27, 2010           KROHN & MOSS, LTD.

3

4                By: /s/Nicholas J. Bontrager

5                    Nicholas J. Bontrager

6                    Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

Case 1:10-cv-01354-AWI-MJS   Document 1   Filed 07/27/10   Page 7 of 9

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, HEIDI WILLIAMS, states as follows:

1.  I am the Plaintiff in this civil proceeding.
2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, HEIDI WILLIAMS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 06/25/10

HEIDI WILLIAMS

- 7 -

PLAINTIFF'S COMPLAINT

# **EXHIBIT A**

PLAINTIFF'S COMPLAINT

Heidi Williams, this is Richard Boneset with the offices of RS _____ today's scheduled agreement on your payment for The Western Dental.  I need you to call my office back before 5 p.m. at 1-800-793-6555, extension 235.

Heidi Williams, this is Richard Boneset with the offices of RS. I need you to return my call today before 5 p.m.  Office number is 1-800-793-6555, extension 235.

Yes, this call is intended for a Heidi Williams.  Heidi, this is Richard Boneset with the offices of RS.  Return my call today before 5 p.m.  Office number is 1-800-793-6555, extension 235.

Ms. Heidi Williams, this is Richard Boneset with the Attorney's division of RS.  We couldn't reach you.  We even sent a processor to your house.  You have not responded.  Need you to call my office back madam.  This moment is getting very big and it is going to get to the point where they are going to be waiting for you at your house, 626-303-1903, extension 235. Call me back so that we can make this voluntarily, that way it does not get any worse.