UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI WILLIAMS, | CASE NO.   1:10-cv-1354-AWI-MJS |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL OR CASE WILL BE DISMISSED BY COURT |
| v. | |
| RELIANT RECOVERY SERVICES, INC., | STIPULATION OF DISMISSAL DUE **12/28/10** |
| Defendants. | |
| _____/ | |

On November 12, 2010, the parties filed a Notice of Settlement.  (ECF No. 12.) They represented that they would file a stipulation of dismissal within forty-five (45) days and asked that all hearing dates be taken off calendar.

Accordingly, the Court hereby ORDERS that the parties file a Stipulation of Dismissal and Proposed Order of Dismissal not later than **December 28, 2010**.  Failure to meet this deadline will result in the Court dismissing the case on its own accord.  All pending hearing dates are VACATED.

IT IS SO ORDERED.

Dated:   December 1, 2010           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE